USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gebrial Rasmy,

                  Plaintiff,

          –v–

Marriott International, Inc., d/b/a JW Marriott
Essex House Hotel,

                  Defendant.

16-cv-04865 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

      This case resumes in this Court following the Second Circuit's decision vacating this

Court's September 28, 2018 judgment and remanding this case for trial.  *See* Dkt. No. 102.

Within one week of the date of this order, the parties should submit a joint letter that does the

following: 1. Propose trial dates for December 2020, January 2021, and February 2021; 2. Give

an estimated length of trial; 3. Propose a deadline for the submission of joint pre-trial materials;

and 4. Advise whether the parties seek referral to the S.D.N.Y.'s mediation program or to the

Magistrate Judge for a settlement conference.

      SO ORDERED:

Dated:  June __3__, 2020
        New York, New York

_____
      ALISON J. NATHAN
      United States District Judge