**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
GEBRIAL RASMY,                                            :
                                                         :
                                Plaintiff,               :        16-CV-4865 (AJN) (OTW)
                                                         :
                                -against-                :        **ORDER**
                                                         :
MARRIOTT INTERNATIONAL, INC.,                            :
                                                         :
                                Defendants.              :
                                                         :
                                                         :
-----------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge:**

        Defendants' response to Plaintiff's request to reopen discovery is due by **October 1,**

**2020**. A joint status letter on whether the parties would like to adjourn the settlement

conference scheduled for November 18, 2020 pending the resolution of the discovery issue is

due by **September 23, 2020**.


        **SO ORDERED.**


                                                    _s/ Ona T. Wang_____
Dated: September 17, 2020                           **Ona T. Wang**
        New York, New York                          United States Magistrate Judge