**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GEBRIAL RASMY,

              Plaintiff,

            -against-

MARRIOTT INTERNATIONAL, INC., et al.,

              Defendants.

------------------------------------------------------------x

16-CV-4865 (AJN) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

Plaintiff's substitution of counsel, (ECF 123), is **DENIED** without prejudice. Plaintiff is directed to review Local Civil Rule 1.4 and refile his request.

**SO ORDERED.**

Dated: October 27, 2020
      New York, New York

                                      *s/ Ona T. Wang*
                                      **Ona T. Wang**
                                      United States Magistrate Judge