UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gebrial Rasmy,

           Plaintiff,

   –v–

Marriott International, Inc., *et al.*,

          Defendants.

16-cv-4865 (AJN)

ORDER

      On October 20, 2020, the Court ordered the parties to meet and confer and submit a joint letter regarding the scheduled trial in this matter no later than October 27, 2020. Dkt. No. 124. The Court has yet to receive any substantive response. On October 27, 2020, Marriott submitted a letter indicating that Mr. Rasmy's attorney, Ty Hyderally, had withdrawn from the case, and that Marriott had been unable to reach Mr. Rasmy. Dkt. No. 126. Because Mr. Hyderally remained counsel of record for Mr. Rasmy at that time, the Court ordered him to consult with Mr. Rasmy and provide a response to the Court's October 20 Order. Dkt. No. 127. Mr. Hyderally did not do so. Instead, he withdrew and was replaced by Ambrose Wotorson as counsel for Mr. Rasmy. Mr. Wotorson, too, has not complied with the Court's Order.

      The parties are hereby ORDERED to meet and confer and submit a joint letter responsive to this Court's October 20 Order no later than November 13, 2020, at 3:00 p.m. The parties shall file the letter on ECF and promptly email a courtesy copy to Chambers.

      SO ORDERED.

Dated: November 11, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

Part I