**MEMO ENDORSED**

LAW OFFICES OF
# AMBROSE WOTORSON
A PROFESSIONAL CORPORATION
41st FLOOR
225 BROADWAY
NEW YORK, N.Y. 10007
TELEPHONE: 212-884-5985
FACSIMILE: 212-732-8167
LOAWW1650@AOL.COM

November 12, 2020

***Via ECF Only***
Honorable Ona. T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>Rasmy v. Marriot International, et al.</u>
16-cv-04865 (AJN)(OTW)

Dear Honorable Magistrate Judge Wang:

This office now represents the Plaintiff in the above-styled case. As we were only recently retained and will need the weekend within which to properly draft plaintiff's settlement position statement, we hereby request permission to submit Plaintiff's position statement by Monday, November 16, 2020, before noon.

It is Plaintiff's preference that the November 18, 2020 settlement conference *not* be adjourned.

Respectfully Submitted

Ambrose W. Wotorson, Jr.

**SO ORDERED:**

Application GRANTED nunc pro tunc.

_____
**Ona T. Wang**           11/17/20
United States Magistrate