USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gebrial Rasmy,

            Plaintiff,

    –v–

Marriott International, Inc., *et al.*,

            Defendants.

16-cv-4865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The trial dates currently set in this matter are hereby vacated. The parties should confer and submit a joint letter with proposed trial dates for the second quarter of 2021 by January 8, 2021.

    Due to the severe trial backlog in this District as a result of the COVID-19 pandemic, the Clerk's Office is scheduling all trial dates centrally. Multiple trial-ready cases will be set for trial for the same period of time, meaning that the back-up cases will proceed only if the higher-priority cases do not go forward. The parties must therefore be prepared to proceed with trial on whatever date the Court adopts **and during each week for the remainder of the quarter**. The Court will notify the parties as soon as the Clerk's Office assigns trial dates for the second quarter of 2021.

    Per the Court's order of June 19, 2020, the parties' joint pretrial materials were due yesterday, December 21, 2020. *See* Dkt. No. 106. That due date is extended to January 8, 2021. A final pretrial conference remains scheduled for January 15, 2021, at 11:00 a.m. *See id.*

    SO ORDERED.

Dated: December 22, 2020
    New York, New York

                     _____
                        ALISON J. NATHAN
                      United States District Judge