UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gebrial Rasmy,

        Plaintiff,

–v–

Marriott International, Inc., *et al.*,

        Defendants.

16-cv-4865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    There is a pretrial scheduling conference in this matter on the Court's calendar for tomorrow, April 16, 2021, at 11:00 a.m. The parties' joint pretrial materials and the joint letter directed in the Court's January 7, 2021 Order were not filed. Accordingly, the parties should inform the Court by 5:00 p.m. today if they wish to adjourn the conference scheduled for tomorrow or if they wish to appear remotely for the conference as scheduled.

    SO ORDERED.

Dated: April 15, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge