LAW OFFICES OF
# Ambrose Wotorson
A PROFESSIONAL CORPORATION
41st FLOOR
225 BROADWAY
NEW YORK, N.Y. 10007
TELEPHONE: 212-884-5985
FACSIMILE: 212-732-8167
LOAWW1650@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2021

April 15, 2021

Honorable Alison J. Nathan, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

<u>Rasmy v. Marriott International, Inc., et al.</u>
16-cv-4865

Dear Honorable Judge Nathan:

This office represents the Plaintiff in the above-style case. I write to request an enlargement of time for the parties to submit their joint pre-trial materials to the Court.

While defendant has completed its initial draft those material and has submitted the same to the undersigned, unusually heavy motions practice in some other cases has prevented me from timely submitting Plaintiff's version to defendants' counsel. I reasonably expect that I can submit our portion of the joint pre-trial order to defendant's counsel by next week Wednesday, April 21, 2021. However, I would also request that the final version of the joint pre-trial order be filed a week later, on April 28, 2021, and that the Court re-schedule the final pre-trial conference thereafter, on a date convenient for the Court.

Respectfully Submitted,

Ambrose W. Wotorson, Jr.

> The deadline for the parties' final pretrial materials is extended to April 28, 2021. The parties should submit a joint letter with proposed trial dates by the same date. The pretrial conference scheduled for April 16, 2021, is adjourned to May 14, 2021, at 11:00 a.m. SO ORDERED.
>
> 4/15/2021
> SO ORDERED.
> ALISON J. NATHAN, U.S.D.J.

1