USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gebrial Rasmy,

        Plaintiff,

–v–

Marriott International, Inc., *et al.*,

        Defendants.

16-cv-4865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On January 7, 2021, the Court ordered the parties to submit their joint pretrial materials by April 2, 2021. Dkt. No. 143. The parties did not do so. On April 15, 2021, the Court again ordered the parties to submit their joint pretrial materials by April 28, 2021. Dkt. No. 147. The parties again did not do so. The parties also have not filed the letter directed by the Court proposing trial dates.

    This case should now be trial ready and the Court urges counsel to enable the matter to proceed to resolution as expeditiously as possible. To that end, counsel must comply with the Court's orders and communicate with one another to prepare their pretrial materials and propose mutually agreeable dates for trial so that the Court may request a jury selection date consistent with SDNY's COVID protocols. The Court will hold the final pretrial conference scheduled for May 14, 2021. Counsel shall submit their pretrial materials before that date and be prepared for the conference. Barring emergency circumstances, the Court will entertain no further requests for adjournments or extensions.

    The parties are hereby ORDERED to file their joint pretrial materials and the letter addressing trial dates by May 10, 2021. That letter must also indicate if the parties wish for any

additional referral to the Magistrate Judge or the Court's Mediation Program for further settlement discussions. Failure by counsel to comply with this Order or communicate to the Court a sound basis for being unable to comply may result in sanctions.

SO ORDERED.

Dated: May 5, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge