USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gebrial Rasmy,

        Plaintiff,

–v–

Marriott International, Inc., *et al.*,

        Defendants.

16-cv-4865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A pretrial conference in this matter is scheduled for May 14, 2021, at 11:00 a.m. The Court will hold the proceeding in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: May 11, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge