**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

GEBRIAL RASMY,

                                Plaintiff,

            -against-

MARRIOTT INTERNATIONAL, INC. *et al.*,

                        Defendants.

-----------------------------------------------------------x

|  |
|---|
| 16-CV-4865 (AJN) (OTW) |
| **<u>ORDER</u>** |

**ONA T. WANG, United States Magistrate Judge:**

The parties shall file a joint status letter by **June 18, 2021**. The Court notes that the

parties have not timely complied with items 2 and 3 of the May 14, 2021 Order (ECF 155)

and that failure to timely comply with this Order may lead to sanctions or a

recommendation that the case be dismissed for failure to prosecute.

**SO ORDERED.**

                                        *s/ Ona T. Wang*

Dated: May 28, 2021                               **Ona T. Wang**
     New York, New York                United States Magistrate Judge