UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2021

Gebrial Rasmy,

        Plaintiff,

–v–

Marriott International, Inc., *et al.*,

        Defendants.

16-cv-4865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Court's Order of May 14, 2021 (Dkt. No. 155), the parties were required to file a letter indicating whether they had agreed on a proposed protective order. The parties are hereby ORDERED to file that letter by June 4, 2021.

    SO ORDERED.

Dated: June 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge