```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GEBRIAL RASMY,                           :
                                         :
                            Plaintiff,   :      16-CV-4865 (AJN) (OTW)
                                         :
              -against-                  :
                                         :           **ORDER**
MARRIOTT INTERNATIONAL, INC. et al.,     :
                                         :
                            Defendants.  :
                                         :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' letters, filed as ECF 162 and 163, and the transcript from the May 14, 2021 pretrial conference before Judge Nathan (Ex. 1 to this Order). The Court rules as follows:

- Plaintiff's request for discovery (ECF 163) is **DENIED** as untimely.
- Any outstanding documents requested by Defendants in September 2020 (*see* ECF 162-1) relating to Plaintiff's mitigation efforts must be produced by **July 9, 2021**. If Plaintiff does not timely produce such documents, Defendants may make a motion for preclusion or other sanctions on or before **August 20, 2021**.
- Defendants may use Plaintiff's HIPAA releases to **expeditiously** obtain Plaintiff's medical records.
- All other discovery is closed.

**SO ORDERED.**

Dated: July 2, 2021  
New York, New York

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge