UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/21
```

Gebrial Rasmy,

                Plaintiff,

      –v–

Marriott International, Inc. et al.,

              Defendants.

16-cv-4865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As the Court explained in its May 5, 2021 Order, *see* Dkt. No. 148, the Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic. Under the system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward. The Clerk's Office also schedules up to four cases for each week as "trial ready." These cases may proceed if both the primary and backup cases for one of the days during the week do not go forward.

      After holding a pretrial conference on May 14, 2021, the Court notified the parties that it would request a jury trial date of October 4, 2021, for a two-week trial. *See* Dkt. No. 155. The Clerk's Office has now notified the Court that this case has been placed on the trial-ready list for the week of October 4, 2021. This means that the case may proceed during the week of October 4, 2021, if all of the scheduled cases for any day during that week do not go forward.

      The case must therefore be trial ready for that date. As soon as the Court confirms whether the matter will proceed during the week of October 4, 2021, it will inform the parties. If

the case cannot proceed during the week of October 4, 2021, the Court will seek another jury trial date for as soon as possible thereafter.

    Within one week of this Order, the parties should file a joint letter informing the Court of whether they wish to remain on the "trial ready" calendar for October 4, 2021. If not, the parties should propose trial dates starting in February 2022.

    SO ORDERED.

Dated: August 27, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge