

Ius Laboris USA Global HR Lawyers
FordHarrison

300 Connell Drive | Suite 4100
Berkeley Heights, New Jersey 07922
Tel 973-646-7300 | Fax 973-646-7301

MARK A. SALOMAN
973-646-7305
msaloman@fordharrison.com

September 2, 2021

**VIA ECF**

The Honorable Alison J. Nathan, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 2102
New York, New York 10007

  **Re:**  ***Gebrial Rasmy v. Marriott International, Inc., et al.***
     **Case No. 16-cv-4865-AJN-OTW, U.S. District Court, Southern District of New York**
     **Client-Matter No. 018604-0371**

Your Honor:

  Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, the undersigned submits this letter motion requesting the withdrawal of Joanna Susan Rich, currently listed as one of the attorneys of record for Defendants in the above-captioned matter. Ms. Rich resigned from her Associate position with FordHarrison LLP, with a last day of employ of August 28, 2020. FordHarrison LLP, and undersigned counsel, will continue to represent Defendants.

  We appreciate Your Honor's continued attention.

            Very truly yours,

            FORD & HARRISON LLP

            *s/Mark A. Saloman*

            MARK A. SALOMAN
            Partner

MAS/smh

cc:  All counsel of record (*via ECF*)

WSACTIVELLP:12552141.1

www.fordharrison.com | www.iuslaboris.com