**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
GEBRIAL RASMY,  :
 :
                      Plaintiff,  :      16-CV-4865 (AJN) (OTW)
 :
     -against-  :      **ORDER**
 :
MARRIOTT INTERNATIONAL, INC. *et al.*,  :
 :
                   Defendants.  :
 :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 203. Pursuant to the agreement of the parties:

- Plaintiff shall produce to Defendants all outstanding documents within his possession, custody, or control that are the subject of Defendants' Motion to Suppress (ECF 168) no later than **September 14, 2021**.

- Plaintiff shall advise Defendants no later than **September 30, 2021** if he will call Dr. Raul Rodriguez as a trial witness. If Plaintiff will call Dr. Rodriguez, Plaintiff will present him for a deposition on or before **October 14, 2021**.

- Plaintiff shall present himself to the offices of FordHarrison LLP, 1450 Centrepark Boulevard, Suite 325, West Palm Beach, Florida 33401 for the continuation of his deposition on or before **November 19, 2021 at 10:00 a.m**.

There will no further extensions for discovery. Requests regarding the parties' motions *in limine* shall be directed to Judge Nathan.

**SO ORDERED.**

                                                                          *s/ Ona T. Wang*

Dated: September 14, 2021                                       **Ona T. Wang**
      New York, New York                            United States Magistrate Judge