```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gebrial Rasmy,

                      Plaintiff,

      –v–

Marriott International, Inc. et al.,

                    Defendants.

16-cv-4865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        The Court on September 3, 2021, granted Defendant's request to remove the case from the "trial ready" list for the week of October 4, 2021, and ordered the parties to confer and agree to three trial dates for a two-week jury trial in February 2022 or later. Dkt. No. 197. The parties on September 13, 2021, filed a joint letter proposing February 7–24, 2022, and April 4–22, 2022. Dkt. No. 202. Plaintiff expresses a "strong preference for the earliest trial date possible." *Id.*

        Taking account of the Court's own schedule constraints due to its criminal docket, the Court will request, pursuant to the COVID rules for centralized jury trial scheduling in the district, a two-week jury trial date to commence on April 11, 2022. If any changes to the Court's calendar occur that would allow an earlier requested start date, the Court will be in contact with the parties.

        As the Court stated in its prior Order, because this case has been long pending, in the event that the Court does not receive a firm jury trial date, the Court intends to keep the case on the trial ready list at that time. Additionally, the parties are reminded to file a joint report by December 3, 2021, on the status of any settlement negotiations or mediation.

SO ORDERED.

Dated: September 15, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge