UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rasmy,

                   Plaintiff,

       –v–

Marriott International, Inc., et al.,

                   Defendants.

16-v-4865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court on September 15, 2021, tentatively schedule a jury trial to commence on April 11, 2022. Dkt. No. 205. The final pretrial conference scheduled for September 24, 2021, is therefore adjourned to April 1, 2022, at 3:15 p.m. An earlier final pretrial conference will be scheduled if the Court is able to conduct the trial at an earlier date.

    SO ORDERED.

Dated: September 27, 2021
       New York, New York

                                         ALISON J. NATHAN
                                     United States District Judge