UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Rasmy,

        Plaintiff,

    –v–

Marriott International, Inc., et al.,

        Defendants.

16-v-4865 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court on September 27, 2021, schedule a final pretrial conference for April 1, 2022, at 3:15 p.m.  Dkt. No. 209.  That conference is hereby rescheduled to April 1, 2022, at 11:00 a.m., to be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: September 29, 2021
      New York, New York

                        ALISON J. NATHAN
                    United States District Judge