UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GEBRIAL RASMY,

                    Plaintiff,        16-CV-4865 (AJN) (OTW)

          -against-                    **ORDER**

MARRIOTT INTERNATIONAL, INC. *et al*.,

                    Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of "Defendants' Motion to dismiss Plaintiff's Complaint for Violating the Court's September 14, 2021 Order or, Alternatively, to hold Plaintiff in Contempt for Violating the Court's Orders, Compel his Deposition, and Adjourn the Trial Date." (ECF 218). Plaintiff's opposition is due **February 16, 2022**. Failure to file a timely opposition may result in the Court considering Defendants' motion to be unopposed and may result in dismissal of the action. Defendants' reply, if any, is due **March 2, 2022**. Filings by a *pro se* party must be sent to the Pro Se Intake Unit by email (Temporary_Pro_Se_Filing@nysd.uscourts.gov), regular mail, or delivery to the drop box at the Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007). Instructions are available at https://nysd.uscourts.gov/forms/instructions-filing-documents-email and https://www.nysd.uscourts.gov/prose. Documents should not be sent to Chambers. The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff and note the mailing on the public docket.

      SO ORDERED.

                                                        *s/ Ona T. Wang*

Dated: January 21, 2022                          **Ona T. Wang**
       New York, New York              United States Magistrate Judge