UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GEBRIAL RASMY,

                Plaintiff,                16-CV-4865 (AJN) (OTW)

      -against-                       **ORDER**

MARRIOTT INTERNATIONAL, INC. *et al.*,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      The Court has reviewed ECF 229 through 233. Trial shall not be adjourned based on the parties' discovery disputes. The parties shall produce all documents they intend to use at trial before the Final Pretrial Conference, which is currently scheduled for **April 1, 2022 at 11:00 a.m.** (ECF 210). Discovery is otherwise closed.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: March 10, 2022                                          **Ona T. Wang**
      New York, New York                        United States Magistrate Judge