UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GEBRIAL RASMY,

                          Plaintiff,                        16 CIVIL 4865 (JSR)

        -against-                                   **JUDGMENT**

MARRIOTT INTERNATIONAL, INC.
d/b/a JW MARRIOTT ESSEX HOUSE
NEW YORK, STAMATIS EFSTRATIU,
KAREN DOHERTY, SEKSON
PONGPANTA, & MEHRAN TEHRANI,

                          Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jed S. Rakoff, United States District Judge, Plaintiff Gebrial Rasmy has judgment in the sum of $400,000 as against Defendant Stamatis Efstratiu.

**DATED:** New York, New York
             April 19, 2024

                                                            **RUBY J. KRAJICK**
                                                              **Clerk of Court**

So Ordered:

                                                            BY:    K. Mango

U.S.D.J.
4-19-24
                                                                     **Deputy Clerk**