**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GEBRIAL RASMY,

                  Plaintiff,                      16 **CIVIL** 4865 (JSR)

        -against-                          **JUDGMENT**
                                                     **For Attorney's Fees**
MARRIOTT INTERNATIONAL, STAMATIS
EFSTRATIU, KAREN MEHRAN TEHRANI,
and PONGPANTA,

                  Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated April 18, 2024, the Court has granted defendants' motion for attorneys' fees and expenses in the amount of $79,832.10; accordingly, the case is closed.

**Dated:** New York, New York
           April 19, 2024

                                                       **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                           **BY:**      *K. Mango*

                                                        **Deputy Clerk**