UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEBRIAL RASMY,

Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC. ET AL.,

Defendants.

16-cv-4865 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Gebrial Rasmy has moved for a stay pending appeal of the enforcement of the charging lien of his prior attorney Michael Diederich Esq. approved by the Court on October 31, 2024. See ECF No. 333. While Mr. Diederich opposes the stay because of his belief that Mr. Rasmy will seek to engage in endless delays before paying the $100,000 due from him to Mr. Diederich, the Court believes that this concern can be largely obviated by directing Mr. Rasmy, through his current attorney Andrea Moss Esq., to deposit with the Clerk of Court by no later than January 3, 2025 the sum of $100,000. Accordingly, upon deposit of this amount with the Clerk of Court, the Court will grant the requested stay. The Clerk of Court is directed to notify the Court when the funds are received, to place the funds in an account bearing interest at the current federal rate of four percent or a comparable certificate of deposit, and to release the funds only upon further order of this Court.

SO ORDERED.

New York, NY
12/17, 2024

JED S. RAKOFF, U.S.D.J.