UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GABRIEL RASMY,                        :
                                      :           16-cv-4865 (JSR)
        Plaintiff,                    :
                                      :           ORDER
        -against-                     :
                                      :
MARRIOTT INTERNATIONAL ET AL.,        :
                                      :
        Defendants.                   :

------------------------------------x

JED S. RAKOFF, U.S.D.J.:

        The Clerk of Court is hereby directed to seal ECF Nos. 341, 342, 342-6, and 343.

        Attorney Diederich is directed to refile his memorandum and declaration in support of his motion for a charging lien by no later than Monday, February 23, 2026, with all references to the terms of the settlement agreement between Rasmy and Marriott International redacted.

        SO ORDERED.

Dated:    New York, NY
          February 19, 2026                   _____
                                              JED S. RAKOFF, U.S.D.J.

1