UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------x
GEBRIAL RASMY,                      :
                                   :
        Plaintiff,                 :
                                   :          16-cv-4865 (JSR)
            -v-                    :
                                   :
MARRIOTT INTERNATIONAL et al.      :
                                   :
        Defendants.                :
-----------------------------------x
MICHAEL DIEDERICH, JR.,            :
                                   :
        Plaintiff,                 :
                                   :          26-cv-2132 (JSR)
            -v-                    :
                                   :
FORD HARRISON LLP, et al.,         :
                                   :
        Defendants.                :
-----------------------------------x
```

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court are pending motions in two related cases, Rasmy v. Marriott Int'l, 16-cv-4865, and Diederich v. Ford Harrison LLP, 26-cv-2132. In Marriott, non-party attorney Michael Diederich has renewed his motion for a charging lien under Section 475 of the New York Judiciary Law in connection with his previous representation of plaintiff Gebrial Rasmy ("Rasmy") in that case.

In the newer action, Diederich again attempts to recover from Rasmy in connection with the services provided in Marriott. Diederich's complaint also brings various claims against individual attorneys and firms involved in the Marriott action (the "Attorney Defendants"). All defendants have moved to dismiss. Briefing on the Attorney Defendants'

1

motions to dismiss is now complete. Defendant Rasmy has also moved to stay the action pending the Court's resolution of the charging lien in <u>Marriott</u>.[1]

To streamline the resolution of both cases, the Court orders as follows:

- The above-captioned cases are hereby consolidated for purposes of the Court addressing the charging lien and the pending motions to dismiss. In light of the consolidation of the two cases, the Court denies Rasmy's motion to stay.

- Diederich may respond to Rasmy's motion to dismiss by no later than June 16, 2026. Rasmy may file a reply to Diederich's opposition by no later than June 29, 2026.

SO ORDERED.

New York, New York
May 29, 2026

JED S. RAKOFF, U.S.D.J.

---

[1] Defendant Rasmy is unrepresented in this action. At the Court's direction, on May 28, 2026, Rasmy filed an answer and motion to dismiss by email to Chambers, which the Court will file on the docket. Rasmy also emailed Chambers seeking a stay "until [the Court] decides on the case pending . . . regarding Mr[.] [D]eaderich['s] lien," as "both cases are about [the] dispute over [Diederich's] legal fee."

2