UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
GEBRIAL RASMY,                            :
                                          :
        Plaintiff,                        :
                                          :
                                          :        16-cv-4865 (JSR)
        -v-                               :
                                          :
MARRIOTT INTERNATIONAL et al.             :
                                          :
        Defendants.                       :
------------------------------------------x
MICHAEL DIEDERICH, JR.,                   :
                                          :
        Plaintiff,                        :
                                          :        26-cv-2132 (JSR)
        -v-                               :
                                          :
FORD HARRISON LLP, et al.,                :
                                          :
        Defendants.                       :
------------------------------------------x

<u>ORDER</u>

JED S. RAKOFF, U.S.D.J.:

Before the Court are the motions of defendants Ford Harrison, LLP, Mark Saloman, Andrea Moss, and Moss & Byrnes, PLLC to dismiss the claims against them in Case No. 26-cv-2132. After careful consideration of the parties' briefs, the Court hereby grants the motions.

An Opinion setting forth the reasons for this Order will issue in due course, after briefing on the motion to dismiss of defendant Gebrial Rasmy is complete.

SO ORDERED.

New York, New York
June 15, 2026

_____
JED S. RAKOFF, U.S.D.J.

1