UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GEBRIAL RASMY, Plaintiff, -v- MARRIOTT INTERNATIONAL et al. Defendants. | : | 16-cv-4865 (JSR) |
| MICHAEL DIEDERICH, JR., Plaintiff, -v- FORD HARRISON LLP, et al., Defendants. | : | 26-cv-2132 (JSR) |

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of a letter motion from plaintiff Michael Diederich seeking leave to file a sur-reply in response to defendant Gebrial Rasmy's reply to Diederich's opposition to his motion to dismiss. See ECF No. 47, 26-cv-2132. Diederich also proposes limited redactions to his sur-reply consistent with the Court's previous sealing order. See ECF No. 9, 26-cv-2132. The Court grants the request and directs Diederich to file a redacted version of his sur-reply on the public docket, as well as an unredacted version under seal.

SO ORDERED.

New York, New York
July 21, 2026

JED S. RAKOFF, U.S.D.J.