**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

GABRIEL RASMY,

Plaintiff,

-v-

16 **CIVIL** 4865 (JSR)

MARRIOTT INTERNATIONAL, INC., et al.,

Defendants.

-----------------------------------------------------------------X

MICHAEL DIEDERICH, JR.,

Plaintiff,

26 **CIVIL** 2132 (JSR)

-against-

# JUDGMENT

FORD HARRISON LLP, et al.,

Defendants.

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 3, 2026, the Court awards Diederich a charging lien in the amount of $70,000 in Case No. 16-cv-4865; reconfirms its bottom-line order granting the Attorney Defendants' motion to dismiss the complaint in Case No. 26-cv-2132; and likewise grants Rasmy's motion to dismiss the complaint in Case No. 26-cv-2132. Final judgment is entered in favor of defendants in Case No. 26-cv-2132; and to release the funds deposited with the Clerk of Court in case No. 16-cv-4865 to the extent necessary to comply with the order, see ECF No. 336, 16-cv-4865, i.e. by paying $70,000 to Diederich and returning $30,000 to Rasmy; accordingly, the cases are closed.

**Dated:** New York, New York
August 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**